# United States District Court, Eastern District of Washington
## Magistrate Judge Alexander C. Ekstrom
## Yakima

**USA v. HONOR MAGNIFICENT-EL**     Case No.   **2:15-CR-219-WFN-1**
                                              **2:19-CR-006-WFN-1**

Spokane Video Conference (ACE @ Yakima; Counsel and Defendant @ Spokane)
Defendant consented to appear via video conference

**Initial Appearance on Supervised Release**                         **08/29/2022**
**Petition/Detention Hearing:**

- ☒ Melissa Orosco, Courtroom Deputy [S]
- ☒ Tonia Ramirez, Courtroom Deputy [Y]
- ☒ Corey McCain, US Probation / Pretrial Services Officer
- ☒ Defendant present ☒ out of custody
- ☒ Ann Wick, US Atty
- ☒ Justin Lonergan, Defense Atty
- ☒ Interpreter **NOT REQUIRED**

---

- ☒ USA Oral Motion for Detention in each cause
- ☐ USA not seeking detention
- ☒ Financial Affidavit (CJA 23) filed in each cause
- ☒ The Court will appoint the Federal Defenders in each cause
- ☐ Based upon conflict with Federal Defenders, the Court will appoint a CJA Panel Attorney
- ☐ Conditions of Release Imposed
- ☒ Conditions of Release as Previously Imposed Pending Verification of Lease
- ☐ AO 199C Advice of Penalties/Sanctions
- ☒ Rights given
- ☒ Acknowledgment of Rights filed in each cause
- ☒ Defendant received copy of violation petition in each cause
- ☐ Defendant waived reading of petition
- ☐ Petition reviewed in open court
- ☐ Supplemental Pre-Trial Services Report ordered
- ☐ The Court ordered continued representation of previously appointed counsel with the additional Petition(s)

## REMARKS

**INITIAL APPEARANCE-SUPERVISED RELEASE VIOLATION PETITION**:
    Defendant appeared, out of custody, with counsel and acknowledged to the Court that his true and correct name is HONOR MAGNIFICENT-EL.
    Defendant was advised of his rights and the allegations contained in the violation petition in 2:15-CR-129-WFN-1 (ECF No. 123) and 2:19-CR-006-WFN-1 (ECF No. 73).
    A denial of the violations pending on the petition is entered on behalf of Defendant in each cause.

    Based on information contained in the Financial Affidavit, the Court appointed the Federal Defenders to represent Defendant in each cause.

    Government orally moved for detention in each cause and is in agreement with proceeding with a detention hearing this date.

---

Defendant is prepared to go forward with a detention hearing this date.

**DETENTION HEARING**:
Government made factual proffers in support of detention of Defendant.

Testifying for Defendant: Corey McCain, U.S. Probation Officer.  Officer McCain was sworn in and testified.
Direct examination by Justin Lonergan.
Cross examination by Ann Wick.
The Court questioned witness.
Witness excused by the Court.

Government presented argument for Defendant's detention
Defense counsel presented argument for Defendant to remain released.

**The Court ordered:**
1. Defendant to provide signed copy of lease to U.S. Probation Officer Corey McCain, who will then notify chambers and counsel of receipt.
2. If Defendant fails to provide a copy, he shall report to custody by 5:00 p.m on Friday, September 2, 2022.
3. Defendant to remain released on conditions as previously imposed pending verification of the signed lease. Order forthcoming.

| Detention Hrg on Petition: | Preliminary Hrg: | Revocation Hrg: |
|---|---|---|
| *HELD THIS DATE* | *NA; NOT DETAINED AT THIS TIME* | 09/13/2022 @ 9:30 a.m. [S/WFN] |