PROB 12C
(6/16)

Report Date: August 11, 2022

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Aug 12, 2022**

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Honor Magnificent-El | Case Number: 0980 2:19CR00006-WFN-1 |
| Address of Offender: ███████ | |

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: September 24, 2019

| | | |
|---|---|---|
| Original Offense: | Felon in Possession of Ammunition, 18 U.S.C. §§ 922(g)(1), 924(a)(2) | |
| Original Sentence: | Prison - 33 months; TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Michael James Austen Ellis | Date Supervision Commenced: June 1, 2022 |
| Defense Attorney: | Federal Public Defender | Date Supervision Expires: May 31, 2025 |

### PETITIONING THE COURT

To issue a summons.

On June 1, 2022, the conditions of supervision were reviewed with Mr. Magnificent-El. He signed his judgment acknowledging an understanding of his conditions of supervision.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition #5**: You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 calendar days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change. |
| | **Supporting Evidence**: It is alleged Mr. Magnificent-El changed his living situation without advanced approval of the undersigned officer since August 1, 2022. |
| | On August 3, 2022, the undersigned officer spoke with the property manager of the Lincoln House, Mr. Magnificent-El's approved residence. It was reported he was not at the approved residence from August 1 through 3, 2022, between approximately 3:30 and 4:30 a.m. On August 4, 2022, the property manager also advised Mr. Magnificent-El was not at the residence during the same time frames. Mr. Magnificent-El signed out on July 31, 2022, according to the property manger, and it is alleged he never returned. |

Prob12C
Re: Magnificent-El, Honor
August 11, 2022
Page 2

On August 4, 2022, Mr. Magnificent-El reported to the U.S. Probation Office. He admitted he was staying with friends. The property manager nor the undersigned officer gave Mr. Magnificent-El permission to stay anywhere else other than his approved residence. His housing at Lincoln House was terminated and he is now homeless.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  August 11, 2022

s/Corey M. McCain

Corey M. McCain
U.S. Probation Officer

## THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[X]  The Issuance of a Summons
[ ]  Other

Signature of Judicial Officer

8/12/2022

Date