FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 15, 2022

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA, | No. | 2:15-CR-0129-WFN-1 |
| Plaintiff, | | 2:19-CR-0006-WFN-1 |
| -vs- | ORDER ON ALLEGED VIOLATION OF SUPERVISED RELEASE | |
| HONOR MAGNIFICENT-EL, | | |
| Defendant. | | |

A supervised release revocation hearing was held September 13, 2022. The Defendant, who is not in custody, was present and represented by Colin Prince; Assistant United States Attorney Michael Ellis represented the Government; United States Probation Officer Corey McCain was also present.

The Court scheduled the hearing to review a report from the United States Probation Office alleging that Mr. Magnificent-El violated his conditions of supervised release. The Government argued Defendant violated his conditions of supervised release by changing his residence without prior approval from Probation. Defendant argued that he had merely stayed at a friend's house for a few days and that his conduct was not a violation of his conditions of supervised release. The Government does not request any sanction for the alleged violation. The Court reminded Mr. Magnificent-El that he was required to notify his probation officer of his residence, and Defendant confirmed that he understood that obligation.

The Court has reviewed the file and is fully informed. This Order is entered to memorialize and supplement the oral rulings of the Court. Accordingly,

ORDER

**IT IS ORDERED** that:

### 2:15-CR-0129-WFN-1

1. The Court makes **NO FINDINGS** regarding the alleged violation.

2. The supervised release violation hearing is **CONTINUED to January 10, 2023, at 11:00 a.m., in Spokane,** Washington.

3. The United States Probation Officer shall file a status report with the Court no later than **10 days prior to the hearing.**

4. All conditions of Mr. Magnificent-El's supervised release **REMAIN IN EFFECT.**

### 2:19-CR-0006-WFN-1

5. Defendant's term of supervised release is **TERMINATED.**

The District Court Executive is directed to file this Order and provide copies to counsel **AND TO** United States Probation Officer Corey McCain.

**DATED** this 15th day of September, 2022.

09-13-22

WM. FREMMING NIELSEN
SENIOR UNITED STATES DISTRICT JUDGE

ORDER